**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| JOHN PAUL THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-332 |
| | ) | |
| CHRISTOPHER YOUNGBLOOD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

*Pro se* plaintiff John Paul Thompson has filed a Complaint alleging that he was unlawfully arrested by officers of the Effingham County, Georgia Sheriff's Department. *See generally* doc. 1. He paid the required filing fee. Because Plaintiff is not proceeding *in forma pauperis*, he must serve Defendants, in compliance with the applicable provisions of the Federal Rules of Civil Procedure.[1] *See* Fed. R. Civ. P. 4. Pursuant to Federal Rule 4(b), Plaintiff may present summonses to the Clerk of Court for signature and seal. Plaintiff has not presented or otherwise requested any summonses from the Court. No later than November 16, 2026,

[1] The Federal Rules of Civil Procedure are available, in electronic format, on the United States Courts' website, at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.

Plaintiff is **DIRECTED** to either present summonses to the Clerk or indicate that he intends to utilize the waiver of service provisions in Federal Rule 4(d). Plaintiff is advised that failure to comply with this Order may result in a recommendation that his case be dismissed. *See, e.g.,* Fed. R. Civ. P. 41(b). Additionally, nothing in this Order extends the deadline for service set forth in Federal Rule of Civil Procedure 4(m).

**SO ORDERED,** this 3rd day of November, 2026.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA